UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ACUMEN RE MANAGEMENT CORPORATION,          :

                                            Plaintiff,  :     **ORDER**

                                                       :     09-cv-1796 (GBD)

              - against -                      :

SCOR U.S. CORPORATION AND GENERAL SECURITY  :
NATIONAL INSURANCE COMPANY,

                                           Defendants.  :

------------------------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

For the reasons set forth on the record, Defendant Scor U.S. Corporation's motion to dismiss (Document No. 1-6) is GRANTED.

Dated: New York, New York
       April 9, 2009

                                                       SO ORDERED:

                                                       *[signature]*
                                                       GEORGE B. DANIELS
                                                       United States District Judge

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp, DATE FILED: APR 09 2009]*