```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACUMEN RE MANAGEMENT CORP.,
                             Plaintiff,

-against-

GENERAL SECURITY NATIONAL
INSURANCE CO.,
                             Defendant.
------------------------------------------------------------X

09 CIVIL 1796 (GBD)(FM)

**JUDGMENT**

      Plaintiff Acumen Re having moved to reconsider its September 7, 2012 Memorandum Decision and Order (the "September Order," Dkt. No.94, granting, in part, Defendant General Security National Insurance Co's ("GSNIC") Motion for Summary Judgment), or in the alternative, to clarify the September Order as final pursuant to Fed. R. Civ. P. 54(b) and allow Acumen an immediate appeal, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on December 3, 2012, having rendered its Memorandum Decision and Order denying Acumen's motion for Reconsideration, granting Acumen's motion to certify the September Order (Dkt. No. 94) as a final judgment for appeal pursuant to Fed. R. Civ. P. 54(b) and directing the Clerk of the Court to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 3, 2012, Acumen's Motion for reconsideration is denied, and Acumen's motion to clarify the September Order (Dkt. No. 94) as a final judgment for appeal pursuant to Fed. R. Civ. P. 54(b) is granted; accordingly, the case is closed.

**Dated:** New York, New York
          December 5, 2012

RUBY J. KRAJICK

BY: _____
Clerk of Court

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____